UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT NEIL ROSENBURG, | ) | CASE NO. ED CV 08-653-DMG(PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 12, 2010

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\ED08CV00653DMG(PJW)-Judgment.wpd